UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JEFFREY J., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Commissioner of the Social Security Administration, <br><br> Defendant. | **ORDER ADOPTING [29] REPORT AND RECOMMENDATION** <br><br> Case No. 2:25-cv-00503-DBB-DAO <br><br> District Judge David Barlow |

On July 14, 2026, the magistrate judge issued a Report and Recommendation recommending that the court reverse the Commissioner's decision and remand for additional administrative proceedings.[1] The magistrate judge determined that the administrative law judge ("ALJ") who addressed Plaintiff's application for supplemental security income erred in discounting the medical opinion of Plaintiff's psychological consultative examiner.[2] Specifically, the magistrate judge found that the ALJ erred in concluding that state consultants' opinions were more consistent with the record than the examiner's opinion because the record does not show that they considered the evidence attributed to them by the ALJ.[3] The magistrate judge also found that the ALJ failed to identify any inconsistencies with the record or with other medical opinions that would make the consultive examiner's opinion less persuasive than the state consultants' opinions.[4]

---

[1] Report and Recommendation ("R&R") 14, ECF No. 29, entered July 14, 2026.
[2] *Id.* at 1, 6.
[3] *Id.* at 11.
[4] *Id.* at 12–13.

Accordingly, the magistrate recommended reversal and remand and notified the parties of their right to object to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1).[5] No party has objected to the magistrate judge's decision. Therefore, the court reviews the Report and Recommendation for clear error.[6] Having done so, the court finds that the magistrate judge's analysis and conclusions are sound and no clear error appears on the face of the record.

Accordingly, IT IS HEREBY ORDERED that the [29] Report and Recommendation is ADOPTED. Plaintiff's [18] Motion for Review of Social Security Agency Action is GRANTED, and the Commissioner's decision is REVERSED and REMANDED for additional administrative proceedings.

Signed July 31, 2026.

BY THE COURT

_____

David Barlow
United States District Judge

---

[5] *Id.* at 15.

[6] *Johnson v. Progressive Leasing*, No. 2:22-cv-00052, 2023 WL 4044514, at *2 (D. Utah June 16, 2023) (citing *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)). "[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *Port City Props. v. Union Pac. R. Co.*, 518 F.3d 1186, 1190 n.1 (10th Cir. 2008) (alteration in original) (quoting *United States v. 2121 E. 30th Street,* 73 F.3d 1057, 1060 (10th Cir. 1996)).